# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 311 |
| | : | |
| APPOINTMENTS TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD OF THE | : | DOCKET |
| SUPREME COURT OF PENNSYLVANIA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2021, Robert J Mongeluzzi, Esquire, Philadelphia, and Shohin H. Vance, Esquire, Philadelphia, are hereby appointed as members of the Disciplinary Board of the Supreme Court of Pennsylvania for terms of seven years and six years, respectively, commencing April 1, 2021.